**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01017-CV

**KALA DHARMA, Appellant**

**V.**

**WHITLEY PENN, LLP, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12551**

## ORDER

We **GRANT** court reporter Tanner Joy Feast's November 17, 2015 motion to extend time to file the reporter's record and **ORDER** the record be filed no later than December 17, 2015.

/s/    CRAIG STODDART
        JUSTICE